IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERITION PARTNERS MASTER FUND, LTD. and VERITION MULTI-STRATEGY MASTER FUND, LTD. | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | Civil Action No. 19-377-CFC |
| W. BRADFORD CORNELL, SAN MARINO BUSINESS PARTNERS, LLC, and COHERENT ECONOMICS, LLC, | : : : : : : | |
| Defendants. | : | |

## MEMORANDUM ORDER

**WHEREAS,** Defendants have filed a motion to transfer this action to the Northern District of Illinois (D.I. 4);

**WHEREAS,** there is parallel litigation involving the same dispute in a consolidated declaratory judgment action in the Northern District of Illinois. *See Coherent Economics, LLC v. Verition Partners Master Fund, Ltd.*, No. 1:18-cv-08376 (N.D. Ill. Dec. 20, 2018) (the "Illinois case");

**WHEREAS,** there is a pending motion to dismiss and transfer in the Illinois case (E.C.F. No. 24), for which a hearing has been scheduled on July 16, 2019;

**WHEREAS**, resolution of that pending motion in the Illinois case would simplify the issues involved in Defendants' motion to transfer this action;

**WHEREAS**, Defendants also filed a motion to stay (D.I. 7) pending resolution of the motion to transfer this action;

**WHEREFORE**, at Wilmington this Third day of July 2019, **IT IS HEREBY ORDERED** that Defendants' motion to stay (D.I. 7) is **GRANTED IN PART**. This action is **STAYED** pending resolution of the motion to dismiss and transfer (E.C.F. No. 24) in *Coherent Economics, LLC v. Verition Partners Master Fund, Ltd.*, No. 1:18-cv-08376 (N.D. Ill. Dec. 20, 2018).

                                              COLM F. CONNOLLY
                                        UNITED STATES DISTRICT JUDGE